UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 26-CR-200

SHANTERA COLE,

Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE (DKT. NO. 15)**

---

Upon the government's motion under Rule 32.2 of the Federal Rules of Criminal Procedure and the defendant's entry of a guilty plea to the single-count Information, the court **FINDS** that $2,197,092.78 represents the proceeds derived from the defendant's scheme to defraud in violation of 18 U.S.C. §§1347 and 2(a) and is subject to forfeiture.

The court **GRANTS** the government's motion for entry of preliminary order of forfeiture. The court **ORDERS** that a money judgment in the amount of $2,197,092.78, representing the proceeds derived from Defendant's scheme to defraud the Wisconsin Department of Health Services, Division of Medicaid Services in violation of 18 U.S.C. §§1347, and 2(a), be and hereby is levied against the defendant.

The court will recount the terms of this order in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 2nd day of November, 2026.

**HON. PAMELA PEPPER**
**United States District Judge**